```
PS 42
(Rev 07/93)
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

MAR 11 2013

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: S. Wilkins
       DEPUTY CLERK

## United States District Court

### Eastern District of Arkansas

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| vs | ) |
| **Edwin LeEarl Sims** | ) |
| | ) Case No. 4:11CR00209-30 |

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Edwin Sims, have discussed with Michelle R. Sims, Pretrial Services/Probation Officer, modification of my release as follows:

It is respectfully recommended the defendant's pretrial bond conditions requiring the defendant to reside with his sister, Wanda Sims, in West Helena, Arkansas, upon completion of residential treatment, as well as the bond condition requiring home detention with no electronic monitoring, be removed. The defendant successfully completed residential drug treatment followed by Chem Free Living in Jonesboro, Arkansas. He has not received a positive drug test during his term of supervision and has remained compliant throughout his supervision period. In addition, he was able to establish full time employment while a resident in Chem Free Living in Jonesboro, and desires to continue residency in this area. As such, these bond conditions could be considered no longer relevant to Mr. Sims' supervision.

I consent to this modification of my release conditions and agree to abide by this modification.

| _Edwin Sims_ | 2-20-13 | _Michelle Sims_ | February 20, 2013 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services/Probation Officer | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _[signature]_ | 2/26/13 |
|---|---|
| Signature of Defense Counsel | Date |

[X]   The above modification of conditions of release is ordered, to be effective on __3/11/2013__

[ ]   The above modification of conditions of release is <u>not</u> ordered.

_____          3/11/13
Signature of Judicial Officer            Date